# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor<br>United States Department of Labor,<br><br>    Plaintiff<br><br>v.<br><br>ROBERT FEIGE individually and<br>As fiduciary of the Benes Communications, Inc.<br>401(k) Profit Sharing Plan<br><br>    Defendant | CIVIL ACTION<br>FILE NO. 1:08-CV-10556-RGS |

## ANSWER OF DEFENDANT, ROBERT FEIGE, TO COMPLAINT

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Admit.
10. Admit.
11. Admit.
12. Admit.
13. Deny.
14. Admit.
15. Deny.
16. Deny.
17. Deny.
18. Admit.
19. Admit.
20. Deny.
21. Defendant can neither admit nor deny. Defendant says that he does not have access to the books and records of Benes Communications, Inc. therefore he is unable to admit or deny and therefore denies and calls the Plaintiff to approve the same.
22. Admit.
23. Defendant repeats answers to Paragraphs 1 through 22.
24. Deny.
25. Defendant can neither admit nor deny. Defendant says that he does not have access to the books and records of Benes Communications, Inc. therefore he is unable to admit or deny and therefore denies and calls the Plaintiff to approve the same.
26. Admit.

27. Defendant can neither admit nor deny. Defendant says that he does not have access to the books and records of Benes Communications, Inc. therefore he is unable to admit or deny and therefore denies and calls the Plaintiff to approve the same.
28. Deny.
29. Deny.
30. Deny.
31. Deny.
32. Admit.
33. Defendant can neither admit nor deny. Defendant says that he does not have access to the books and records of Benes Communications, Inc. therefore he is unable to admit or deny and therefore denies and calls the Plaintiff to approve the same.
34. Deny.
35. Deny.
36. Defendant can neither admit nor deny. Defendant says that he does not have access to the books and records of Benes Communications, Inc. therefore he is unable to admit or deny and therefore denies and calls the Plaintiff to approve the same.
37. Deny.
38. Deny.
39. Deny.
40. Deny.
41. Deny.
42. Deny.
43. Deny.
44. Deny.
45. Deny.
46. Deny.

WHEREFORE: Defendant moves this Court to enter judgment for the Defendant and grant other relief this Court deems adjust and equitable.

Respectfully submitted,
Defendants, by my attorney,

/s/ Michael W. Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108
(617) 723-1720
MA BBO# 415900

JURY DEMAND:  Now comes the Defendant and demands a jury trial on all counts.

/s/ Michael W. Reilly

Michael W. Reilly, Esq.